UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THURSTON MYERS,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>THOMAS J. BROOKS, Sergeant; et al.,<br><br>   Defendants - Appellees,<br><br> and<br><br>JANE DOES, Brooks, Mason, Williams, Jensen,1-34; et al.,<br><br>   Defendants. | No. 19-35869<br><br>D.C. No. 2:18-cv-01043-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

The answering brief and the excerpts of record submitted on June 12, 2020 by appellees are filed. Volume V of the excerpts of record is filed under seal.

No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7