

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THURSTON MYERS, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> THOMAS J. BROOKS, Sergeant; et al., <br><br> Defendants-Appellees, <br><br> and <br><br> JANE DOES, Brooks, Mason, Williams, Jensen,1-34; et al., <br><br> Defendants. | No. 19-35869 <br><br> D.C. No. 2:18-cv-01043-RAJ <br> Western District of Washington, Seattle <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' motion to file volume 5 of the excerpts of record under seal (Docket Entry No. 12) is granted. The Clerk shall file volume 5 of the excerpts of record under seal, and shall file the answering brief and volumes 1 through 4 of the excerpts of record publicly.

The existing briefing schedule shall continue in effect.

PK/Sealed Documents